LGLA
X9732
Case 3:20-mj-00969-LL   Document 1   Filed 03/04/20   PageID.1   Page 1 of 3
FILED
MAR 04 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
3/4/20

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>Jose De Jesus SAMANIEGO-Soto,<br><br>                 Defendant. | Case No.: **20MJ0969**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 3, 2020, within the Southern District of California, defendant Jose De Jesus SAMANIEGO-Soto, did knowingly and intentionally import 500 grams and more, to wit: approximately 144.1 kilograms (317.68 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                     _____
                                                     Special Agent Mark Schwamberger
                                                     Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th, DAY OF MARCH 2020.

                                                   _____
                                                   U.S. MAGISTRATE JUDGE

United States of America
   v.
Jose De Jesus SAMANIEGO-Soto

## PROBABLE CAUSE STATEMENT

I, Special Agent Mark Schwamberger, declare under penalty of perjury, the following is true and correct:

On March 3, 2020, at approximately 7:00 p.m., a United States Customs and Border Protection Officer (CBPO) was assigned to vehicle primary inspection operations at the Otay Mesa Cargo California Port of Entry when he encountered a blue semi-truck towing a white trailer at primary gate #7. The driver and sole occupant of the vehicle was identified as Jose De Jesus SAMANIEGO-Soto (hereinafter, SAMANIEGO), a citizen of Mexico and valid Border Crossing Card holder. SAMANIEGO stated that he was going to Otay Mesa and had nothing to declare. The CBPO referred SAMANIEGO to NII/X-Ray due to a computer-generated alert.

A CBPO was assigned to inspect the merchandise inside of the trailer. The CBPO discovered the trailer was laden with decorative stone articles. The CBPO drilled a hole in one of the stone articles and discovered a white crystalline substance which field tested positive for the properties of methamphetamine.

A CBPO assigned to perform the seizure, removed (136) packages concealed inside the decorative stone articles. The net weight of the (136) packages totaled 144.1 kilograms (317.68 pounds). The CBPO placed SAMANIEGO under arrest at 8:30 p.m. and notified Homeland Security Investigations (HSI) Special Agents (SA) through sector.

On March 3, 2020, at approximately 9:00 p.m., SAMANIEGO was advised of his Miranda Rights in the Spanish language. SAMANIEGO stated he understood his rights and waived his right to an attorney. SAMANIEGO stated he picked up the merchandise at approximately 1:00 p.m. on the day of his arrest. SAMANIEGO stated he was going to take the merchandise to Otay Mesa, California then park the tractor-trailer and walk back to Tijuana. SAMANIEGO stated he was going to return to the truck early in the morning and drive it to Riverside, California after receiving delivery instructions. SAMANIEGO stated he had no knowledge of the narcotics in the trailer.

SAMANIEGO was arrested and charged with violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance, and is scheduled to be booked into the Metropolitan Correctional Center, San Diego, CA.